# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
                   cklee@leelitigation.com

October 2, 2018

**VIA ECF**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:   *Sullivan, Jr. v. Pfizer Inc.*
                      Case No. 18-cv-07624-GHW

Dear Judge Woods:

      We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a settlement in principle. The parties are in the process of finalizing settlement documents. We respectfully request that the Court adjourn all dates *sine die* and enter a 30 day order of dismissal in order for the parties to finalize the settlement papers.

      We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF